REV bL059 3


**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA 17128-2005

**U.S. Bankruptcy Court**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**
Bankruptcy Petition #: 19-20979-GLT

Date Issued: 2/28/24

WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Letter ID:

Social Security Number: ***-**-5284

**Notice of Withdrawal**

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

| Account Information: | Bankruptcy Case Details: |
|---|---|
| JANSSEN, CAROL M | **Case ID:** 1920979 |
| Social Security Number : ***-**-5284 | **Type:** Chapter 13 |
| | **File Date:** 13-Mar-2019 |
| **Why you are receiving this notice** | On **21-Mar-2019** the department sent you a Proof of Claim in the amount of **$0.00**. |
| If you have any questions regarding this notice, please contact the department using the information provided. | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |
| Heather Haring | |
| Phone: (717) 705-3982 | |
| Fax: (717) 783-4331 | |
| **What you need to do** | Please accept this letter as your authority to withdraw our claim. No further action is required. |