FILED
3/1/24 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

SO ORDERED
March 01, 2024

Gregory L. Taddonio
Chief United States Bankruptcy Judge

jah



**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA 17128-2005

REV bL059 3

U.S. Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
Bankruptcy Petition #: 19-20979-GLT

Date Issued    2/28/24

WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Letter ID
Social Security Number    ***-**-5284

### Notice of Withdrawal

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case.

**Account Information:**

JANSSEN, CAROL M

Social Security Number : ***-**-5284

**Bankruptcy Case Details:**

**Case ID:** 1920979

**Type:** Chapter 13

**File Date:** 13-Mar-2019

**Why you are receiving this notice**

If you have any questions regarding this notice, please contact the department using the information provided.

Heather Haring

Phone: (717) 705-3982

Fax: (717) 783-4331

On **21-Mar-2019** the department sent you a Proof of Claim in the amount of **$0.00**.

Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim.

**What you need to do**

Please accept this letter as your authority to withdraw our claim. No further action is required.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20979-GLT |
| Carol M. Janssen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carol M. Janssen, 2702 Herron Lane, Glenshaw, PA 15116-1610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Carol M. Janssen shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com


TOTAL: 10